IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IVAN CLEVELAND,

             Petitioner,

   v.

STATE OF CALIFORNIA, GOVERNOR
J. BROWN, et al.,

             Respondents.

No. C 13-05005 SBA (PR)

**JUDGMENT**

The Court has dismissed this action without prejudice because Petitioner failed to complete the in forma pauperis application or pay the filing fee. A judgment of dismissal without prejudice is entered. The Clerk of the Court shall close the file.

    IT IS SO ORDERED.

DATED:   12/16/2013

                             SAUNDRA BROWN ARMSTRONG
                             United States District Judge

**United States District Court**
For the Northern District of California

G:\PRO-SE\SBA\HC.13\Cleveland5005.jud.wpd